1

2

3

4               **UNITED STATES DISTRICT COURT**

5                     **DISTRICT OF NEVADA**

6

7   GUSTAVO ESTRADA,                      )
                                          )
8                        Plaintiff,       )        Case No. 2:13-cv-00280-APG-PAL
                                          )
9   vs.                                   )        **ORDER**
                                          )
10  DOUGLAS GILLISPIE, et al.,            )
                                          )
11                       Defendants.      )
    _____      )

12

13        This matter is before the court on Plaintiff's failure to comply with this court's Order (Dkt. #22)

14  requiring the parties to file a Certificate as to Interested Parties as required by LR 7.1-1.  The court's

15  Order (Dkt. #22) entered July 11, 2013, required the parties to file their Certificate as to Interested

16  Parties no later than 4:00 p.m., July 23, 2013, and further advised the parties that their failure to timely

17  comply with the court's order may result in sanctions.  Defendants filed their Certificate of Interested

18  Parties (Dkt. #23) July 19, 2013.  To date, Plaintiff has failed to comply with this court's order.

19        The purpose of the certificate is to advise the court of all parties who may have an interest in the

20  outcome of the case so that the assigned judges may evaluate whether they have a conflict of interest

21  which requires recusal.  Filing the certificate is a simple matter.  Failing to comply with the Local Rules

22  of Practice, the Federal Rules of Civil Procedure, and the court's orders may result in sanctions up to

23  and including case dispositive sanctions.  If the Plaintiff knows of no other parties who may have an

24  interest in the outcome of this case, a simple statement to that effect will suffice.  Accordingly,

25        **IT IS ORDERED** Plaintiff shall show cause, in writing, **no later than September 3, 2013,**

26  why sanctions should not be imposed for his failure to file a Certificate as to Interested Parties and his

27  failure to comply with this court's Order (Dkt. #22).  Filing the Certificate of Interested parties on or

28  / / /

before August 19, 2013, will satisfy the court that sanctions are not warranted, and no further response to this order to show cause shall be required.

Dated this 19th day of August, 2013.

_____
Peggy A. Leen
United States Magistrate Judge