**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUSTAVO ESTRADA, ) | Case No. 2:13-cv-00280-APG-PAL |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | (Mtn for Copy Work - Dkt. #20) |
| ) | |
| DOUGLAS GILLESPIE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff Gustavo Estrada's Motion to Extend Prison Copy Work Limit (Dkt. #20). The court has considered the Motion.

Plaintiff is a prisoner proceeding pro se in this civil rights action. The case was originally filed in state court and removed by the Defendants. He asserts that the prison in which he is incarcerated allows inmates to acquire a one hundred dollar debt against his account toward legal copy work, and once that limit is reached, an inmate is not permitted further copy work unless the court orders it. Plaintiff states he has reached this limit, but he needs additional copies made so he can prosecute this case and another pending action. Plaintiff contends he is indigent "as demonstrated by the motion for leave to proceed in forma pauperis on record herein."

Plaintiff has not filed an application to proceed in forma pauperis in this case and has not demonstrated he is indigent. More importantly, he has not established any specific need for copies of any specific documents. Rather, his motion states in conclusory fashion that he "requires copy work services in order to litigate his current discovery plan", will need additional copies to serve John Does once he learns who they are, and will need copies for his own records. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d

1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Extend Prison Copy Work Limit (Dkt. #20) is DENIED.

Dated this 3rd day of October, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE