UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUSTAVO C. ESTRADA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DOUGLAS GILLESPIE, et al.,<br><br>                    Defendants. | Case No. 2:13-cv-0280-APG-PAL<br><br>**ORDER DISMISSING DEFENDANT GRAVILOVIC** |

On March 23, 2015, Plaintiff was advised by the court (Dkt. #57) that this action would be dismissed without prejudice as to defendant Gravilovic unless on or before April 22, 2015, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant Gravilovic.

Dated: April 27, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE